**Fill in this information to identify the case:**

Debtor name: Harbor Wind LLC

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** AMCREF Fund X LLC<br>*Creditor's Name*<br><br>2525 Jena Street<br>New Orleans, LA 70115<br>*Creditor's mailing address*<br><br>maria@amcref.com<br>*Creditor's email address, if known*<br><br>**Date debt was incurred**<br>11/2/2011<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Harbor Wind improvements (First position to Guodian United Power Technology Boading)<br><br>**Describe the lien**<br>Deed of Trust<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $639,000.00 | $115,000.00 |
| **2.2** Guodian United Power Technology Boading<br>*Creditor's Name*<br><br>No. 88 Fengneng Street<br>Wind Power Industry Park<br>Baoding City, Hebei Province<br>China<br>*Creditor's mailing address*<br><br>*Creditor's email address, if known*<br><br>**Date debt was incurred**<br>11/22/2011<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>Wind Turbines (Second position to AMCREF Fund X LLC)<br><br>**Describe the lien**<br>Deed of Trust<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $2,477,500.00 | $115,000.00 |

Debtor  **Harbor Wind LLC**
_____Name_____

Case number (if know) _____

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.3 | Run Energy | Describe debtor's property that is subject to a lien | $68,310.00 | $300,000.00 |

Creditor's Name
**Unknown**

5009 S. Danville
Abilene, TX 79602
Creditor's mailing address

**Describe the lien**
Mechanics Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/1/2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $3,184,810.00

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

**Fill in this information to identify the case:**

Debtor name: Harbor Wind LLC

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|      |   | Total claim | Priority amount |
|------|---|---|---|
| 2.1 | Priority creditor's name and mailing address: IRS, Department of Treasury, Internal Revenue Service, Ogden, UT 84201-0005 <br><br>Date or dates debt was incurred: Q4 2018<br><br>Last 4 digits of account number:<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Payroll<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $2,323.00 | $2,323.00 |
| 2.2 | Priority creditor's name and mailing address: Jeffrey Catapang, 4229 Cool Breeze, Corpus Christi, TX 78413<br><br>Date or dates debt was incurred: 11/2018<br><br>Last 4 digits of account number:<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Wages (employee)<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $19,144.00 | $13,650.00 |

Debtor  **Harbor Wind LLC**  Case number (if known) _____
_____Name_____

| 2.3 | Priority creditor's name and mailing address<br>Nueces County Tax Assessor and Collector<br>PO Box 2810<br>Corpus Christi, TX 78403 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $397,592.73 | $66,583.95 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2/1/2016 | Basis for the claim:<br>Property Tax - Wind Farm | | |
| | Last 4 digits of account number 5000<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>Nueces County Tax Assessor and Collector<br>PO Box 2810<br>Corpus Christi, TX 78403 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $747.56 | $523.50 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>1/2019 | Basis for the claim:<br>Property Tax - Storage | | |
| | Last 4 digits of account number 9479<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address**<br>AMCREF Community Fund<br>2525 Jena Street<br>New Orleans, LA 70115 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred 12/2016<br>Last 4 digits of account number __ | Basis for the claim: Loan (working cap)<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>AMCREF Fund X<br>2525 Jena Street<br>New Orleans, LA 70115 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,673.00 |
|---|---|---|---|
| | Date(s) debt was incurred 5/2016<br>Last 4 digits of account number __ | Basis for the claim: Reimbursement (audit)<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Erickson Brown & Kloster<br>4565 Hilton Parkway<br>Suite 101<br>Colorado Springs, CO 80907 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,826.96 |
|---|---|---|---|
| | Date(s) debt was incurred 5/2018<br>Last 4 digits of account number 3204 | Basis for the claim: Accounting<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  Harbor Wind LLC  
         Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Hackstaff and Snow LLC<br>1601 Blake Street<br>Suite 310<br>Denver, CO 80202<br>Date(s) debt was incurred  12/2016<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Legal (contract dispute)<br>Is the claim subject to offset?  ■ No  ☐ Yes | $32,179.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Harbor Wind Investment Fund, LLC<br>655 Shrubland Drive<br>Colorado Springs, CO 80921<br>Date(s) debt was incurred  11/2/2011<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Loan (equipment)<br>Is the claim subject to offset?  ■ No  ☐ Yes | $8,756,985.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Harbor Wind Investment Fund, LLC<br>655 Shrubland Drive<br>Colorado Springs, CO 80921<br>Date(s) debt was incurred  11/2/2011<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Loan (equipment)<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,604,015.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Novogradac<br>PO Box 7833<br>San Francisco, CA 94120-7833<br>Date(s) debt was incurred  12/2016<br>Last 4 digits of account number  V201 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Audit<br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,122.88 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Port of Corpus Christi Authority<br>PO Box 1541<br>Corpus Christi, TX 78403<br>Date(s) debt was incurred  3/2016<br>Last 4 digits of account number  5479 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Lease payment overdue<br>Is the claim subject to offset?  ■ No  ☐ Yes | $144,967.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Revolution Energy LLC<br>655 Shrubland Drive<br>Colorado Springs, CO 80921<br>Date(s) debt was incurred  4/2013<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Loan (working cap)<br>Is the claim subject to offset?  ■ No  ☐ Yes | $20,675.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Revolution Energy LLC<br>655 Shrubland Drive<br>Colorado Springs, CO 80921<br>Date(s) debt was incurred  1/2012<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Developer Fee<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,161,317.00 |

Debtor   **Harbor Wind LLC**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Tibor Hegedus<br>655 Shrubland Drive<br>Colorado Springs, CO 80921<br>**Date(s) debt was incurred** 10/2018<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages (employee)<br>Is the claim subject to offset? ■ No  ☐ Yes | $24,657.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>US Bank<br>1070 W. Baptist Rd<br>Colorado Springs, CO 80921<br>**Date(s) debt was incurred** 5/2019<br>**Last 4 digits of account number** 1456 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Overdraft<br>Is the claim subject to offset? ■ No  ☐ Yes | $216.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408<br>**Date(s) debt was incurred** 6/2016<br>**Last 4 digits of account number** 5751 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit Card<br>Is the claim subject to offset? ■ No  ☐ Yes | $21,157.93 |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 419,807.29 |
| **5b. Total claims from Part 2** | 5b. + | $ 11,806,291.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,226,099.06 |